UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY SIMMONS,<br>　　　　　　Plaintiff(s),<br>vs.<br>GO DADDY, et al.,<br>　　　　　　Defendant(s). | Case No. 2:17-cv-00867-APG-NJK<br>REPORT AND RECOMMENDATION |

　　　　Pending before the Court is Plaintiff's application to proceed *in forma pauperis* and proposed complaint. Docket No. 1. Upon screening a complaint in connection with an *in forma pauperis* application, the Court may dismiss a complaint that is frivolous. 28 U.S.C. § 1915(e).

　　　　In this case, Plaintiff seeks to challenge the dismissal of her trademark cancellation action by the Trademark Trial and Appeal Board ("TTAB"). *See* Docket No. 1-1. A party may appeal a decision of the TTAB to the Federal Circuit Court of Appeals or to a federal district court. *See* 15 U.S.C. § 1071(b)(1). Of course, the latter case must be initiated in a district court where venue is proper. *See, e.g., Kellogg Co. v. Toucan Golf, Inc.*, 337 F.3d 616, 623 (6th Cir. 2003). Plaintiff alleges that these Defendants, and certain persons working at the United States Patent and Trademark Office, conspired to steal her company. *See* Docket No. 1-1. Plaintiff alleges that the TTAB erred in dismissing her cancellation proceedings and that she should be permitted further relief from that body. *See id.* Plaintiff has not provided any indication that there is any connection between this forum and her case. To the contrary, the parties all appear to be located elsewhere. *See id.*

It appears Plaintiff brought this suit in this Court because the federal District Court for the Central District of California previously screened her complaint seeking to appeal the same TTAB decision, and dismissed that complaint as frivolous. *See Simmons v. Go Daddy*, Case No. 2:17-cv-1976-RGK (Ex), Docket No. 7 (C.D. Cal. March 16, 2017) (dismissal); *see also id.*, Docket No. 1 (complaint asserting that cancellation proceedings in the TTAB were improper, seeking appeal of the decision dismissing those proceedings, and seeking $267 billion as a settlement).[1] This Court does not review the orders issued by a sister district court, *see, e.g., Atchison v. U.S. Dist. Cts.*, 190 F. Supp. 3d 78, 88 (D.D.C. 2016), nor are parties permitted to bring the same claims that have already been dismissed with prejudice, *see, e.g., Western Radio Servs. Co. v. Glickman*, 123 F.3d 1189, 1192 (9th Cir. 1997) (addressing *res judicata* or claim preclusion).  Quite simply, a plaintiff is not permitted to hopscotch from court to court because she does not like the rulings she has received.  *See, e.g., Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994); *see also Greene v. Alhambra Hosp. Med. Ctr.*, 2016 WL 3176596 (D. Nev. May 17, 2016) (outlining similar attempt to avoid jurisdiction of the Central District of California and dismissals for lack of proper venue), *adopted* 2016 WL 314389 (D. Nev. June 2, 2016).

In light of these circumstances, Plaintiff's complaint should be dismissed as frivolous.

Dated: March 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

## NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file

---

[1] The Court takes judicial notice of the filings in the Central District of California. *See Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (courts may take judicial notice of the proceedings in other courts). To ensure the record is clear, the Court is attaching hereto Plaintiff's complaint in that case and the order dismissing it.

objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY SIMMONS, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:17-cv-1976-RGK(Ex) |
| GO DADDY, DEFENDANT(S) | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____           _____
Date                                 United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☒ Other: _See below._
- ☐ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments: The proposed complaint is incomprehensible. See Fed. R. Civ. Proc. 8(a); McHenry v. Renne, 84 F.3d 1172, 1178 (9th Cir. 1996)(complaint subject to dismissal when one cannot determine from the complaint the plaintiff's legal theory).

3/14/17
Date                                 United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

March 16, 2017                       Gary Klausner
Date                                 United States District Judge

CV-73 (08/16)     ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*

| | |
|---|---|
| Name: Kimberly Simmons <br> Address: P.O. Box 133 <br> Moreno Valley, CA. 92556 <br> Phone: (323) 705-1967 <br> Fax: _____ <br> In Pro Per | FILED <br> 2017 MAR 13 PM 12:54 <br> CLERK U.S. DISTRICT COURT <br> CENTRAL DIST. OF CALIF. <br> LOS ANGELES <br> BY _____ |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kimberly Simmons <br><br> Plaintiff <br><br> v. <br><br> Go Daddy <br><br> Defendant(s). | CASE NUMBER: <br> **CV17-01976-RGK(Ex)** <br><br> To be supplied by the Clerk of <br> The United States District Court |

I THINK MY PETITION OF CANCELLATION SHOULD NOT HAVE BEEN DISMISSED FOR NOT AMENDING THE PETITION OF CANCELLATION THE RESET COURT DATES WHERE FROM 10/9/2016 — 10/19/2017. I SHOULD HAVE BEEN GIVEN THAT TIME PERIOD TO AMEND IT. I THINK THE 45/TA SHOULD HAVE FILED AND ANSWER REGARDING NICOLE MURRAY ATTORNEY FOR GODADDY MOTION TO DISMISSED AND SHOULD HAVE NOTHING TO DO WITH AMENDING THE PETITION OF CANCELLATION. I RECEIVED

CV-126 (09/09)   PLEADING PAGE FOR A COMPLAINT

1. DOCUMENTS FROM THE USPTO + NICOLE
2. MURRAY WITH THE REGISTRATION DATE
3. FOR GO DADDY 2002 AS THOUGH THE
4. PETITION OF CANCELLATION HAD ALREADY
5. BEEN AMENDED. I ALSO TOLD THEM THEY
6. CAN AMEND IT TO 2002 THAT THE REQUESTED
7. UPDATES 1) FOR 2002 AND 2006 THEY
8. CAN AMEND THE PETITION OF CANCELATION
9. TO THE YEAR THEY WANT HOWEVER I DON'T
10. WANT THE COMPANY. I WANT TO SETTLE
11. THIS MATTER FOR $267 BILLION DOLLARS
12. I ALSO WANT TO INCLUD ICANN AND
13. TANA IN THIS PETITION OF CANCELATION
14. AMENDMENT AND APPEAL. I WAS RECENTLY
15. TOLD BY USPTO THAT I COULD FILE APPEAL
16. THROUGH FEDERAL COURT AND I WAS TO
17. IN 12/2016 THAT I COULD FILE AN APPEAL
18. THROUGH USPTO.

CV-126 (09/09)    PLEADING PAGE FOR A COMPLAINT

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )
Kimberly Simmons

**DEFENDANTS** ( Check box if you are representing yourself [ ] )
GoDaddy

**(b) County of Residence of First Listed Plaintiff** Riverside
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** NAVADA
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
Kimberly Simmons P.O. Box 133 Moreno Valley CA 92556

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
Nicole Murray, #4000 300 N. LaSalle St. Chicago, IL 60654

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [X] 2. U.S. Government Defendant
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [ ] Yes [X] No  (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No   **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Appeal

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 340 Marine | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [X] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| | [ ] 210 Land Condemnation | | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number **CV17-01976**

CV-71 (10/14)  CIVIL COVER SHEET  Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☑ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☑ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>☑ NO. Continue to Question B.2. |
|---|---|---|
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes ☑ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>☑ NO. Continue to Question C.2. |
|---|---|---|
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☑ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☑ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☐ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes ☑ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☑ No |

CV-71 (10/14)                    CIVIL COVER SHEET                    Page 2 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?   ☒ NO   ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?   ☒ NO   ☐ YES

If yes, list case number(s):

Civil cases are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

A civil forfeiture case and a criminal case are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** *Kimberly Simmons*   **DATE:** 3/11/2017

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |