UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIMBERLY SIMMONS,<br><br>        Plaintiff,<br><br>v.<br><br>GO DADDY, *et al.*,<br><br>        Defendants. | Case No. 2:17-cv-00867-APG-NJK<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF. No. 3) |

On March 28, 2017, Magistrate Judge Koppe entered a report and recommendation that I dismiss this complaint as frivolous. Simmons did not file an objection but she filed an amended complaint.

Because Simmons did not object, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). I have reviewed the amended complaint and it does not cure the deficiencies identified in the report and recommendation.

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 3) is accepted**. The complaint (ECF No. 1-1) and amended complaint (ECF No. 4) are dismissed. The clerk of court is instructed to close this case.

DATED this 5th day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE